EDWARD H. KUBO, JR.          #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON            #4532
Assistant U.S. Attorney

WES REBER PORTER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
telephone:    541-2850
facsimile:    541-2958
e-mail:       wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 12 2003

at ___ o'clock and ___ min. ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR03-00076 HG |
| Plaintiff, ) | **INDICTMENT** |
| vs. ) | [18 U.S.C. § 922(w)(1); |
| DENNIS CACATIAN, ) | 18 U.S.C. § 924(a)(1)(B)] |
| Defendant. ) | |

## I N D I C T M E N T

The Grand Jury charges that:

That on or about February 6, 2003, in the District of Hawaii, defendant DENNIS CACATIAN, did knowingly possess large capacity ammunition feeding devices, to wit: Colt .223 caliber

thirty round magazines, marked "Restricted Military/Govt./Law Enforcement/Export Use Only."

In violation of Title 18 United States Code, Sections 922(w)(1) and 924(a)(1)(B).

DATED: February 12, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

WES REBER PORTER
Assistant U.S. Attorney

United States v. DENNIS CACATIAN
Cr. No.
"INDICTMENT"